

# MEMORANDUM OPINION

No. 04-08-00903-CV

**IN RE RAILCREW EXPRESS, INC.**, Raudin McCormick, and Juan Hartado

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   December 23, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On December 15, 2008, relators filed a petition for writ of mandamus and a motion for temporary relief. This court has determined that the relators are not entitled to the relief sought. Therefore, the motion and petition are DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CVE-002205-03, styled *Mary Hernandez v. Juan Hurtado and Raudin McCormick, Inc. d/b/a Railcrew Express*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma Salinas Ender presiding.